CAPONE AND KEEFE, PC
MARC C. CAPONE, ESQ.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
732-528-1166
Attorney for Debtor(s)

_____

In Re:                                                                UNITED STATES BANKRUPTCY COURT
                                                                              DISTRICT OF NJ

                                                                      Case No.: 18-29298 (CMG)
**Ryan L. and Meghan J. Young**                                       Chapter 13

            Debtor(s)                                                 **CERTIFICATION OF DEBTOR IN RESPONSE TO THE TRUSTEE'S OBJECTION TO CONFIRMATION**


I, Meghan Young, upon our oath according to law, hereby certify as follows:

1. I work for South Jersey Weed Control as a Weed Technician. My job is seasonal, as I only work in the spring and summer months, approximately six months a year.

2. I receive unemployment during the months that I do not work.

3. I have provided the Trustee with my 2016 and 2017 tax returns, which illustrate my income. In 2017 I received $11,056.00 from employment and $8,257.00 from unemployment.

4. Accordingly, Schedule I on our petition calculates my income from wages averaged monthly over a 12 month period and my income from unemployment averaged monthly over a 12 month period.


I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Date: 11/13/2018                                            By: **/s/ Meghan J. Young**
                                                                   MEGHAN J. YOUNG