Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–29298–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ryan L Young
1054 Clearwater Ave
Manahawkin, NJ 08050–2303

Meghan J Young
aka Meghan J DiAdamo, aka Meghan J
Henderson
1054 Clearwater Ave
Manahawkin, NJ 08050–2303

Social Security No.:
  xxx–xx–6034                                  xxx–xx–0756

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on December 21, 2018, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 31 – 25
Order Granting Approval to Participate in the Court's Loss Mitigation Program (Related Doc # 25). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/21/2018. (bwj)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 21, 2018
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-29298-CMG
Ryan L Young                                                              Chapter 13
Meghan J Young
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Dec 21, 2018
                             Form ID: orderntc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2018.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
lm              +E-mail/Text: bankruptcy@gatewayloan.com Dec 22 2018 01:08:25     Gateway Mortgage Group,
               244 South Gateway,   Place Jenks, OH 74037-3448
                                                                                      TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2018 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Brian E Caine    on behalf of Creditor   Gateway Mortgage Group, LLC bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Charles H. Jeanfreau    on behalf of Creditor   USAA Federal Savings Bank Charlesj@w-legal.com,
           BNCmail@w-legal.com
          Denise E. Carlon    on behalf of Creditor   Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   Harley-Davidson kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marc C. Capone    on behalf of Debtor Ryan L Young mcapone@caponeandkeefe.com,
           docs@caponeandkeefe.com
          Marc C. Capone    on behalf of Joint Debtor Meghan J Young mcapone@caponeandkeefe.com,
           docs@caponeandkeefe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 8