Form 137 – aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.:  18−29298−CMG
                              Chapter:  13
                              Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ryan L Young                                              Meghan J Young
   1054 Clearwater Ave                            aka Meghan J DiAdamo, aka Meghan J
   Manahawkin, NJ 08050−2303               Henderson
                                                           1054 Clearwater Ave
                                                            Manahawkin, NJ 08050−2303

Social Security No.:
   xxx−xx−6034                                     xxx−xx−0756

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:      2/6/19
Time:     12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Marc Capone, Attorney for Debtor

COMMISSION OR FEES
$6565.00

EXPENSES
$365.00

Creditors may be heard before the applications are determined.

     An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: January 23, 2019
JAN:

                                                                                                Jeanne Naughton
                                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-29298-CMG
Ryan L Young                                                                    Chapter 13
Meghan J Young
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jan 23, 2019
                              Form ID: 137             Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2019.
```
db/jdb         Ryan L Young,    Meghan J Young,    1054 Clearwater Ave,   Manahawkin, NJ 08050-2303
aty           +Parker McCay, PA,    9000 Midlantic Drive ste 300,    PO Box 5054,    Mt Laurel, NJ 08054-5054
cr            +USAA Federal Savings Bank,    c/o Weinstein & Riley, P.S.,    11 Broadway, Suite 615,
                New York, NY 10004-1490
517782370      Advanced Radiology Solutions,    PO Box 6750,    Portsmouth, NH 03802-6750
517782371      Aes/Pnc/Natl,    Attn: Bankruptcy Dept,    PO Box 2461,    Harrisburg, PA 17105-2461
517782373      Apex Asset Management,    PO Box 5407,    Lancaster, PA 17606-5407
517782375      Barnabas Health Medical Group,    PO Box 8000,    Buffalo, NY 14267-0002
517782374      Barnabas Health Medical Group,    PO Box 826504,    Philadelphia, PA 19182-6504
517782377      Chase Card Services,    Correspondence Dept,    PO Box 15298,    Wilmington, DE 19850-5298
517782378     +Client Services,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
517782379      Community EMA,    PO Box 417442,    Boston, MA 02241-7442
517782381      Dept. of Veterans Affairs,    PO Box 530269,    Atlanta, GA 30353-0269
517782382      Diagnostic Laboratory Services,    520 E 22nd St,    Lombard, IL 60148-6110
517782383      FedLoan Servicing,    Attention: Bankruptcy,    PO Box 69184,    Harrisburg, PA 17106-9184
517782384      Financial Recoveries-Rutgers Pathology,    Attn: Bankruptcy,    PO Box 1388,
                Mount Laurel, NJ 08054-7388
517782385      Financial Recoveries-Rutgers RWJ Patholo,    Attn: Bankruptcy,    PO Box 1388,
                Mount Laurel, NJ 08054-7388
517869514     +Gateway Mortgage Geoup, LLC,    244 South Gateway Place,    Jenks, OK 74037-3448
517859439     +Gateway Mortgage Group, LLC,    P.O. Box 1560,    Jenks, OK 74037-1560
517815612     +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
517782388      Horizon Eye Care,    2401 Bay Ave,    Ocean City, NJ 08226-2456
517782389      Medical Radiology Group,    PO Box 11268,    Lancaster, PA 17605-1268
517782391      Myriad Emergency Physicians,    PO Box 80137,    Philadelphia, PA 19101-1137
517782392      Natera, Inc.,    PO Box 8427,    Pasadena, CA 91109-8427
517782393     +North Jersey Dermatology Center,    35 Green Pond Rd,    Rockaway, NJ 07866-2057
517782394      Ocean Pediatric Dental Assoc.,    1301 Route 72 W Ste 305,    Manahawkin, NJ 08050-2532
517836090     +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
517782395      Parker McCay,    9000 Midlantic Dr Ste 300,    Mount Laurel, NJ 08054-1539
517782396      Penn Medicine,    PO Box 824406,    Philadelphia, PA 19182-4406
517782397      Radiology Phys at Community Med Ctr,    Apex Asset Management,    PO Box 5407,
                Lancaster, PA 17606-5407
517782398     +Richard L. Oller, Esq.,    35 Green Pond Rd,    Rockaway, NJ 07866-2057
517782400      Rutgers RWJ Medical Group,    PO Box 15278,    Newark, NJ 07192-5278
517782401      Shore Neurology,    633 Route 37 W,    Toms River, NJ 08755-8007
517782402      Southern Ocean Medical Center,    PO Box 650292,    Dallas, TX 75265-0292
517782406      The Hospital of the Univ of Pennsylvania,    PO Box 824336,    Philadelphia, PA 19182-4336
517918277      UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                MADISON WI 53708-8973
517782408      UPHS HUP Patient Pay,    PO Box 824336,    Philadelphia, PA 19182-4336
517782409      US Department of Education/Great Lakes,    Attn: Bankruptcy,    PO Box 7860,
                Madison, WI 53707-7860
517832819     +USAA Federal Savings Bank,    Att: CharlesJeanfreau,    11 Broadway Suite 615,
                New York, NY 10004-1490
517782407      United Telemanagement Corp.,    PO Box 145465,    Cincinnati, OH 45250-5465
517782410      Usaa Federal Savings Bank,    Attn: Bankruptcy,    10750 McDermott Fwy,
                San Antonio, TX 78288-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2019 23:50:31     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2019 23:50:28      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
lm            +E-mail/Text: bankruptcy@gatewayloan.com Jan 23 2019 23:50:48      Gateway Mortgage Group,
                244 South Gateway,    Place Jenks, OH 74037-3448
517814802      E-mail/Text: ally@ebn.phinsolutions.com Jan 23 2019 23:49:21     Ally Capital,    PO Box 130424,
                Roseville MN 55113-0004
517782372      E-mail/Text: ally@ebn.phinsolutions.com Jan 23 2019 23:49:21     Ally Financial,
                Attn: Bankruptcy Dept,    PO Box 380901,    Bloomington, MN 55438-0901
517888506      E-mail/Text: BankruptcyNotices@aafes.com Jan 23 2019 23:49:26
                Army & Air Force Exchange Services,    Attention GC-G,    3911 S. Walton Walker Blvd.,
                Dallas, TX 75236
517782390      E-mail/Text: BankruptcyNotices@aafes.com Jan 23 2019 23:49:26     Military Star/Aafes,
                Attention: Bankruptcy,    PO Box 650060,    Dallas, TX 75265-0060
517782376      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 23 2019 23:55:48      Capital One,
                Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
517824301      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 23 2019 23:57:14
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517782380      E-mail/Text: ebn@rwjbh.org Jan 23 2019 23:51:01     Community Medical Center,    PO Box 29969,
                New York, NY 10087-9969
```

```
District/off: 0312-3          User: admin             Page 2 of 2              Date Rcvd: Jan 23, 2019
                              Form ID: 137            Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517782386      E-mail/Text: bankruptcy@gatewayloan.com Jan 23 2019 23:50:48      Gateway Mortgage Grp,
                 ATTN: Bankruptcy Dept.,    244 S Gateway Pl,    Jenks, OK 74037-3448
517782387      E-mail/Text: bankruptcy.notices@hdfsi.com Jan 23 2019 23:51:18      Harley Davidson Financial,
                 Attention: Bankruptcy,    PO Box 22048,    Carson City, NV 89721-2048
517910184      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2019 23:56:37
                 Portfolio Recovery Associates, LLC,     c/o Care Credit,    POB 41067,    Norfolk VA 23541
517782399      E-mail/Text: rwjebn@rwjbh.org Jan 23 2019 23:51:36      Robert Wood Johnson University Hospital,
                 PO Box 15448,    Newark, NJ 07192-5448
517782403      E-mail/Text: BANKO@summitcollects.com Jan 23 2019 23:51:18      Summit Account Resolution,
                 PO Box 131,    Champlin, MN 55316-0131
517782404      E-mail/Text: BANKO@summitcollects.com Jan 23 2019 23:51:18      Summitactres,    PO Box 131,
                 Champlin, MN 55316-0131
517785702     +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2019 23:56:23      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517782405      E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2019 23:56:22      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    PO Box 965061,    Orlando, FL 32896-5061
517880534     +E-mail/Text: bncmail@w-legal.com Jan 23 2019 23:50:41      USAA Federal Savings Bank,
                 c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
517901142     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 23 2019 23:57:25      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 20

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2019 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Brian E Caine     on behalf of Creditor   Gateway Mortgage Group, LLC bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Charles H. Jeanfreau    on behalf of Creditor   USAA Federal Savings Bank Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Denise E. Carlon     on behalf of Creditor   Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   Harley-Davidson kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marc C. Capone     on behalf of Debtor Ryan L Young mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Marc C. Capone     on behalf of Joint Debtor Meghan J Young mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```