UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Capone and Keefe, PC
Marc C. Capone, Esq.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166
Fax # 732-528-4458

Order Filed on February 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ryan L. Young and Meghan J. Young

Case No.: 18-29298

Chapter: 13

Judge: Gravelle

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 11, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Marc C. Capone _____, the applicant, is allowed a fee of $_____ 6,565.00 _____ for services rendered and expenses in the amount of $_____ 365.00 _____ for a total of $_____ 6,930.00 _____. The allowance is payable:

- ☒ $4,815.00 through the Chapter 13 plan as an administrative priority.
- ☒ $2,115.00 outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ 692.00 _____ per month for __56__ months to allow for payment of the above fee.

*rev.8/1/15*

2