UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Gillman, Bruton & Capone, LLC
Marc Capone, Esq.
60 Highway 71
Spring Lake Heights, NJ 07762
Phone #732-528-1166

In Re:

Ryan L. and Meghan Young

Case No.: 18-29298

Chapter: 13

Judge: Christine M. Gravelle

Order Filed on July 16, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 16, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __December 21, 2018__ :

Property:    1054 Clearwater Avenue, Manahawkin, NJ

Creditor:    Gateway Mortgage Services

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

❏ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____October 31, 2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

```
In re:                                                              Case No. 18-29298-CMG
Ryan L Young                                                        Chapter 13
Meghan J Young
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3           User: admin              Page 1 of 1          Date Rcvd: Jul 16, 2019
                               Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2019.
db/jdb         Ryan L Young,    Meghan J Young,    1054 Clearwater Ave,    Manahawkin, NJ 08050-2303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo     on behalf of Trustee Albert  Russo docs@russotrustee.com
              Brian E Caine     on behalf of Creditor    Gateway Mortgage Group, LLC bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Charles H. Jeanfreau     on behalf of Creditor    USAA Federal Savings Bank Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Denise E. Carlon     on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald     on behalf of Creditor    Harley-Davidson kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marc C Capone     on behalf of Debtor Ryan L Young 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              Marc C Capone     on behalf of Joint Debtor Meghan J Young 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9