Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−29298−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ryan L Young
1054 Clearwater Ave
Manahawkin, NJ 08050−2303

Meghan J Young
aka Meghan J DiAdamo, aka Meghan J Henderson
1054 Clearwater Ave
Manahawkin, NJ 08050−2303

Social Security No.:
xxx−xx−6034

xxx−xx−0756

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 10/2/19 at 09:00 AM

to consider and act upon the following:

**55** − Certification in Opposition to (related document:54 Creditor's Certification of Default (related document:36 Order (Generic)) filed by Brian E Caine on behalf of Gateway Mortgage Group, LLC. Objection deadline is 08/30/2019. (Attachments: # 1 Exhibit filed order # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Gateway Mortgage Group, LLC) filed by Marc C Capone on behalf of Meghan J Young, Ryan L Young. (Capone, Marc)

Dated: 8/30/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court