Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–29298–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ryan L Young
1054 Clearwater Ave
Manahawkin, NJ 08050–2303

Meghan J Young
aka Meghan J DiAdamo, aka Meghan J Henderson
1054 Clearwater Ave
Manahawkin, NJ 08050–2303

Social Security No.:
   xxx–xx–6034                                       xxx–xx–0756

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 10/2/19 at 09:00 AM

to consider and act upon the following:

**55** − Certification in Opposition to (related document:54 Creditor's Certification of Default (related document:36 Order (Generic)) filed by Brian E Caine on behalf of Gateway Mortgage Group, LLC. Objection deadline is 08/30/2019. (Attachments: # 1 Exhibit filed order # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Gateway Mortgage Group, LLC) filed by Marc C Capone on behalf of Meghan J Young, Ryan L Young. (Capone, Marc)

Dated: 8/30/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-29298-CMG
Ryan L Young                                                          Chapter 13
Meghan J Young
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin            Page 1 of 1            Date Rcvd: Aug 30, 2019
                            Form ID: ntchrgbk      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2019.
db/jdb         Ryan L Young,   Meghan J Young,   1054 Clearwater Ave,   Manahawkin, NJ 08050-2303
aty           +Parker McCay, PA,   9000 Midlantic Drive ste 300,   PO Box 5054,   Mt Laurel, NJ 08054-5054

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
lm            +E-mail/Text: bankruptcy@gatewayloan.com Aug 30 2019 23:44:02     Gateway Mortgage Group,
               244 South Gateway,   Place Jenks, OH 74037-3460
                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Brian E Caine    on behalf of Creditor   Gateway Mortgage Group, LLC bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Charles H. Jeanfreau    on behalf of Creditor    USAA Federal Savings Bank
               charles.jeanfreau@mccalla.com,   BNCmail@w-legal.com
              Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Harley-Davidson kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marc C Capone    on behalf of Joint Debtor Meghan J Young 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              Marc C Capone    on behalf of Debtor Ryan L Young 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9