UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY P.A.
BRIAN E. CAINE
9000 Midlantic Drive; Suite 300
Mt. Laurel, New Jersey 08054
(856) 985-4059
Attorney for Gateway Mortgage Group, LLC

Order Filed on November 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ryan L Young and Meghan J Young

Case No. 18-29298-CMG
Chapter 13
Judge: Christine M. Gravelle

# ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through two (2) are hereby **ORDERED**.

**DATED: November 7, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:   Ryan L Young and Meghan J Young
Case No:  18-29298-CMG
Caption of Order: ORDER VACATING STAY AS TO REAL PROPERTY

---

Upon the certification of default of Gateway Mortgage Group, a division of Gateway First Bank (formerly known as Gateway Mortgage Group, LLC) ("Movant"), for relief from the automatic stay as to certain real property as herein set forth, and for cause shown, it is hereby:

**ORDERED** that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following real property:

*1054 Clearwater Ave, Manahawkin, NJ 08050*

It is further **ORDERED** that the Movant may join the Debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

```
It is further ORDERED that movant may pursue any and all loss mitigation
options with respect to the Debtor(s) or the real property described
above, including but not limited to repayment agreement, loan
modification, short sale or deed-in-lieu of foreclosure
```