Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  18–29298–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ryan L Young
1054 Clearwater Ave
Manahawkin, NJ 08050–2303

Meghan J Young
aka Meghan J DiAdamo, aka Meghan J
Henderson
1054 Clearwater Ave
Manahawkin, NJ 08050–2303

Social Security No.:
xxx–xx–6034

xxx–xx–0756

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:      1/15/20
Time:      12:00 PM
Location:      Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Marc C Capone, Debtor's Attorney

COMMISSION OR FEES
Fee $2316.25

EXPENSES
expenses: $0

---

If this is a chapter 13 case, the fees and expenses awarded:

☑     will not reduce the amount to be paid to general unsecured creditors under the plan.

☐     will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 27, 2019
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-29298-CMG
Ryan L Young                                                              Chapter 13
Meghan J Young
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Nov 27, 2019
                             Form ID: 137              Total Noticed: 64


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2019.
db              Ryan L Young,    1054 Clearwater Ave,    Manahawkin, NJ  08050-2303
jdb             Meghan J Young,    1054 Clearwater Ave,    Manahawkin, NJ  08050-2303
aty            +Parker McCay, PA,    9000 Midlantic Drive ste 300,    PO Box 5054,    Mt Laurel, NJ 08054-5054
cr             +USAA Federal Savings Bank,    c/o Weinstein & Riley, P.S.,    11 Broadway, Suite 615,
                New York, NY 10004-1490
517782370    ++++ADVANCED RADIOLOGY SOLUTIONS,    PO BOX 4238,    PORTSMOUTH NH  03802-4238
                (address filed with court: Advanced Radiology Solutions,    PO Box 6750,
                Portsmouth, NH  03802-6750)
517782371       Aes/Pnc/Natl,    Attn: Bankruptcy Dept,    PO Box 2461,    Harrisburg, PA  17105-2461
517782373       Apex Asset Management,    PO Box 5407,    Lancaster, PA  17606-5407
517782374       Barnabas Health Medical Group,    PO Box 826504,    Philadelphia, PA  19182-6504
517782375       Barnabas Health Medical Group,    PO Box 8000,    Buffalo, NY  14267-0002
517782377       Chase Card Services,    Correspondence Dept,    PO Box 15298,    Wilmington, DE  19850-5298
517782379       Community EMA,    PO Box 417442,    Boston, MA  02241-7442
517782381      #Dept. of Veterans Affairs,    PO Box 530269,    Atlanta, GA  30353-0269
517782382       Diagnostic Laboratory Services,    520 E 22nd St,    Lombard, IL  60148-6110
518380956       Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 551160408
518381072       Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 551160408,
                Educational Credit Management Corporatio,    P.O. Box 16408,    St. Paul, MN 551160408
517782383       FedLoan Servicing,    Attention: Bankruptcy,    PO Box 69184,    Harrisburg, PA  17106-9184
517782384       Financial Recoveries-Rutgers Pathology,    Attn: Bankruptcy,    PO Box 1388,
                Mount Laurel, NJ  08054-7388
517782385       Financial Recoveries-Rutgers RWJ Patholo,    Attn: Bankruptcy,    PO Box 1388,
                Mount Laurel, NJ  08054-7388
517859439      +Gateway Mortgage Group, LLC,    P.O. Box 1560,    Jenks, OK 74037-1560
517815612      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
517782388       Horizon Eye Care,    2401 Bay Ave,    Ocean City, NJ  08226-2456
517782389       Medical Radiology Group,    PO Box 11268,    Lancaster, PA  17605-1268
517782391       Myriad Emergency Physicians,    PO Box 80137,    Philadelphia, PA  19101-1137
517782392       Natera, Inc.,    PO Box 8427,    Pasadena, CA  91109-8427
517782393      ##+North Jersey Dermatology Center,    35 Green Pond Rd,    Rockaway, NJ 07866-2057
517782394       Ocean Pediatric Dental Assoc.,    1301 Route 72 W Ste 305,    Manahawkin, NJ  08050-2532
517836090      +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
517782395       Parker McCay,    9000 Midlantic Dr Ste 300,    Mount Laurel, NJ  08054-1539
517782396       Penn Medicine,    PO Box 824406,    Philadelphia, PA  19182-4406
517782397       Radiology Phys at Community Med Ctr,    Apex Asset Management,    PO Box 5407,
                Lancaster, PA  17606-5407
517782398      +Richard L. Oller, Esq.,    35 Green Pond Rd,    Rockaway, NJ 07866-2057
517782400       Rutgers RWJ Medical Group,    PO Box 15278,    Newark, NJ  07192-5278
517782401       Shore Neurology,    633 Route 37 W,    Toms River, NJ  08755-8007
517782402       Southern Ocean Medical Center,    PO Box 650292,    Dallas, TX  75265-0292
517782406       The Hospital of the Univ of Pennslyvania,    PO Box 824336,    Philadelphia, PA  19182-4336
518074557       U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                Harrisburg, PA 17106-9184
517918277       UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                MADISON WI 53708-8973
517782408       UPHS HUP Patient Pay,    PO Box 824336,    Philadelphia, PA  19182-4336
517782409       US Department of Education/Great Lakes,    Attn: Bankruptcy,    PO Box 7860,
                Madison, WI  53707-7860
517832819      +USAA Federal Savings Bank,    Att: CharlesJeanfreau,    11 Broadway Suite 615,
                New York, NY 10004-1490
517782407       United Telemanagement Corp.,    PO Box 145465,    Cincinnati, OH  45250-5465
517782410       Usaa Federal Savings Bank,    Attn: Bankruptcy,    10750 McDermott Fwy,
                San Antonio, TX  78288-0002


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 28 2019 00:03:43      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 28 2019 00:03:38      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
lm             +E-mail/Text: bankruptcy@gatewayloan.com Nov 28 2019 00:03:59      Gateway Mortgage Group,
                244 South Gateway,    Place Jenks, OH 74037-3460
517814802       E-mail/Text: ally@ebn.phinsolutions.com Nov 27 2019 23:59:09      Ally Capital,    PO Box 130424,
                Roseville MN 55113-0004
517782372       E-mail/Text: ally@ebn.phinsolutions.com Nov 27 2019 23:59:09      Ally Financial,
                Attn: Bankruptcy Dept,    PO Box 380901,    Bloomington, MN  55438-0901
517888506       E-mail/Text: BankruptcyNotices@aafes.com Nov 28 2019 00:02:40
                Army & Air Force Exchange Services,    Attention GC-G,    3911 S. Walton Walker Blvd.,
                Dallas, TX 75236
517782390       E-mail/Text: BankruptcyNotices@aafes.com Nov 28 2019 00:02:40      Military Star/Aafes,
                Attention: Bankruptcy,    PO Box 650060,    Dallas, TX  75265-0060

```
District/off: 0312-3        User: admin              Page 2 of 3           Date Rcvd: Nov 27, 2019
                           Form ID: 137              Total Noticed: 64
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517782376         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 28 2019 00:12:24       Capital One,
                  Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT  84130-0285
517824301         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 28 2019 00:12:24
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517782378        +E-mail/Text: mediamanagers@clientservices.com Nov 28 2019 00:02:36       Client Services,
                  3451 Harry S Truman Blvd,    Saint Charles, MO  63301-9816
517782380         E-mail/Text: ebn@rwjbh.org Nov 28 2019 00:04:09       Community Medical Center,    PO Box 29969,
                  New York, NY  10087-9969
517869514        +E-mail/Text: bankruptcy@gatewayloan.com Nov 28 2019 00:03:59       Gateway Mortgage Geoup, LLC,
                  244 South Gateway Place,    Jenks, OK 74037-3460
517782386        +E-mail/Text: bankruptcy@gatewayloan.com Nov 28 2019 00:03:59       Gateway Mortgage Grp,
                  ATTN: Bankruptcy Dept.,    244 S Gateway Pl,    Jenks, OK 74037-3460
517782387         E-mail/Text: bankruptcy.notices@hdfsi.com Nov 28 2019 00:04:18       Harley Davidson Financial,
                  Attention: Bankruptcy,    PO Box 22048,    Carson City, NV  89721-2048
517910184         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2019 00:23:37
                  Portfolio Recovery Associates, LLC,    c/o Care Credit,    POB 41067,    Norfolk VA 23541
517782399         E-mail/Text: rwjebn@rwjbh.org Nov 28 2019 00:04:30       Robert Wood Johnson University Hospital,
                  PO Box 15448,    Newark, NJ  07192-5448
517782403         E-mail/Text: BANKO@summitcollects.com Nov 28 2019 00:04:18       Summit Account Resolution,
                  PO Box 131,    Champlin, MN  55316-0131
517782404         E-mail/Text: BANKO@summitcollects.com Nov 28 2019 00:04:18       Summitactres,    PO Box 131,
                  Champlin, MN  55316-0131
517785702        +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 00:10:16       Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517782405         E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 00:12:13       Synchrony Bank/Care Credit,
                  Attn: Bankruptcy Dept,    PO Box 965061,    Orlando, FL  32896-5061
517880534        +E-mail/Text: bncmail@w-legal.com Nov 28 2019 00:03:51       USAA Federal Savings Bank,
                  c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
517901142        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 28 2019 00:23:24       Verizon,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                                 TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518381071*    Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 551160408
                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2019 at the address(es) listed below:
```
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Brian E Caine    on behalf of Creditor   Gateway Mortgage Group, LLC bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Charles H. Jeanfreau    on behalf of Creditor   USAA Federal Savings Bank
               charles.jeanfreau@mccalla.com, BNCmail@w-legal.com
              Denise E. Carlon    on behalf of Creditor   Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   Harley-Davidson kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marc C Capone    on behalf of Debtor Ryan L Young 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Marc C Capone      on behalf of Joint Debtor Meghan J Young 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              U.S. Trustee      USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 9