UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Gillman, Bruton & Capone, LLC

Marc Capone, Esq.

60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166
Fax # 732-528-4458

Order Filed on January 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ryan and Meghan Young

Case No.:    3:18-bk-29298

Chapter:    13

Judge:    Christine M. Gravelle

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: January 21, 2020

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Marc Capone_____, the applicant, is allowed a fee of $_____2,316.25_____for services rendered and expenses in the amount of $_____0_____for a total of $_____2,316.25_____. The allowance is payable:

 ☒ $__642.18_____ through the Chapter 13 plan as an administrative priority.

 ☒ $__1,674.07___ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____per month for ___n/a___months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Ryan L Young  
Meghan J Young  
    Debtors

Case No. 18-29298-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 21, 2020  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2020.  
db/jdb         Ryan L Young,    Meghan J Young,    1054 Clearwater Ave,    Manahawkin, NJ   08050-2303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2020 at the address(es) listed below:

         Albert    Russo     docs@russotrustee.com  
         Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Brian E Caine     on behalf of Creditor    Gateway Mortgage Group, LLC bcaine@parkermccay.com,  
          BKcourtnotices@parkermccay.com  
         Charles H. Jeanfreau     on behalf of Creditor    USAA Federal Savings Bank  
          charles.jeanfreau@mccalla.com,   BNCmail@w-legal.com  
         Denise E. Carlon     on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Kevin Gordon McDonald     on behalf of Creditor    Harley-Davidson kmcdonald@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Marc C Capone     on behalf of Debtor Ryan L Young 5325@notices.nextchapterbk.com,  
          docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com  
         Marc C Capone     on behalf of Joint Debtor Meghan J Young 5325@notices.nextchapterbk.com,  
          docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                        TOTAL: 9