Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                          Case No.: 18–29298–CMG
                          Chapter: 13
                          Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ryan L Young
1054 Clearwater Ave
Manahawkin, NJ 08050–2303

Meghan J Young
aka Meghan J DiAdamo, aka Meghan J Henderson
1054 Clearwater Ave
Manahawkin, NJ 08050–2303

Social Security No.:
  xxx–xx–6034                                 xxx–xx–0756

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 16, 2020</u>              <u>Christine M. Gravelle</u>
                                        Judge, United States Bankruptcy Court